1  Tatiana Filippova [SBN 283305]
   Law Office of Michael E. Hansen
2  711 Ninth Street, Suite 100
   Sacramento, CA 95814
3  916.438.7711 FAX 916.864.1359

4  Attorney For Defendant
   SHIRLEY OSGOOD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>SHIRLEY OSGOOD,<br><br>             Defendant. | Case No. 2:13-MJ-00005 CKD<br><br>**REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL PRESENCE (FRCP 43)** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant Shirley Osgood hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present, and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

/ / / / /

/ / / / /

/ / / / /

1

**Request for Waiver of Defendant's Personal Presence (FRCP 43)**

1  Defendant further acknowledges that she has been informed of her rights under Title 18
2  U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and
3  delays under that Act without defendant being present.

5  Dated:  August 5, 2013              /s/ Shirley Osgood
                                       SHIRLEY OSGOOD
6                                      (Original retained by attorney)

7  I agree with and consent to my client's waiver of appearance.

8  Dated:  August 5, 2013              /s/ Tatiana Filippova
                                       TATIANA FILIPPOVA
9                                      Attorney for Defendant
                                       SHIRLEY OSGOOD

## ORDER

I approve the above waiver of presence.  IT IS SO ORDERED.

Dated:  August 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2

**Request for Waiver of Defendant's Personal Presence (FRCP 43)**