Tatiana Filippova [SBN 283305]
Law Office of Michael E. Hansen
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
SHIRLEY OSGOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>SHIRLEY OSGOOD,<br><br>              Defendant. | Case No. 2:13-MJ-00005 CKD<br><br>**ORDER TERMINATING COURT PROBATION**<br><br>Date: September 16, 2013<br>Time:<br>Judge: Honorable Carolyn K. Delaney |

    The defendant, Shirley Osgood, respectfully requests an order from the Court indicating that her court probation is terminated pursuant to the satisfaction of the terms of her sentence. On September 10, 2013, this Court sentenced Ms. Osgood to $10 special assessment, 10 hours of community service, and court probation to terminate upon completion of community service and payment of special assessment.  Ms. Osgood has paid the $10 special assessment and on September 16, 2013, she submitted a letter to the Court verifying that she had competed 15 hours of community service.  Because Ms. Osgood completed her sentence, she respectfully asks that the Court issue an order terminating her court probation.

Dated:  September 16, 2013                    Respectfully submitted,

                                                    /s/ Tatiana Filippova
                                                    TATIANA FILIPPOVA
                                                    Attorney for Defendant
                                                    SHIRLEY OSGOOD

**Order Terminating Court Probation**

**ORDER TO TERMINATE COURT PROBATION**

Upon proof of satisfaction of the terms of her sentence, it is hereby ordered that Shirley Osgood's court probation is terminated in case number 2:13-MJ-00005 CKD.

IT IS SO ORDERED.

Dated:  September 16, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE